<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6422**

———————

FRED LEE RUSH,

                                    Petitioner - Appellant,

        versus

J. E. GUNJA, Warden,

                                    Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge.  (CA-
01-539-DKC)

———————

Submitted:  May 31, 2001              Decided:  June 11, 2001

———————

Before WILKINS, TRAXLER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Fred Lee Rush, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Fred Lee Rush appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2241 (1994) petition. Because the relief Rush seeks must be brought by way of a motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000), we affirm on the district court's reasoning. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Rush v. Gunja</u>, No. CA-01-539-DKC (D. Md. March 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2